FABE, Justice, concurring.
 

 I agree with the result of the court's opinion.
 
 [1]
 
 But I also agree with Part IV of Senior Justice Matthews's concurring opinion and would not resolve the question whether we should apply the categorical approach or an approach that permits reference to court documents in deciding this case. As Senior Justice Matthews points out, "the statutes being compared are not similar under either approach that might be used." And as he suggests, our cases "have frequently counseled against deciding questions in the abstract." Thus, I join his view that we should "defer[ ] the decision as to which approach is preferable to a case in which the choice actually makes a difference."
 

 I am participating only in one of the cases in this consolidated proceeding,
 
 Doe v. State, Dep't of Pub. Safety
 
 , S-16403, 425 P.3d 115,
 
 2018 WL 3799927
 
 (Case No. 3AN-15-04577 CI) ("Doe II").